IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 23-30398 |
| COURTNEY NICHOLE HERNANDEZ DEBTOR(S) | § § § § | CHAPTER 13 |

**AGREED ORDER ON OBJECTION TO PLAN**
**(THIS ORDER RESOLVES DOCKET # 32)**

Global Lending Services LLC (hereinafter collectively referred to as "GLS"), who is the current holder of Promissory Note and Consumer Security Agreement which is secured by a 2016 BMW 3 SERIES, VIN: WBA8E3C55GK501877 (the "Collateral"), and Debtor(s), by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Chapter 13 Plan filed by GLS.

**IT IS THEREFORE ORDERED THAT:**

1.  Debtor(s) shall amend the Chapter 13 Plan to include the value of the Collateral in the amount of $25,767.50, to be paid through the plan as a secured claim, together with 8.75% interest.

2.  Debtor(s) shall incorporate in their entirety the above-referenced terms of this Order into their Chapter 13 Plan of Reorganization.

**SO ORDERED:**

Signed: May 19, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

AGREED TO AND APPROVED BY:

/s/ Min Gyu Kim_____
Min Gyu Kim / TXBN
Law Firm Of Min Gyn Kim Pllc
2100 West Loop South Suite 805
Houston, TX 77027
(713) 259-3929
Attorney for Debtors

/s/ Chandra D. Pryor_____
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Global Lending Services LLC

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-30398-jpn |
| Courtney Nichole Hernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: May 19, 2023 | Form ID: pdf002 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney Nichole Hernandez, 10600 S. Gessner #49, Houston, TX 77071-1045 |
| cr | + | John E Kostik, 10600 S Gessner Dr. #28, Houston, TX 77071-1041 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | May 19 2023 19:55:00 | Global Lending Services LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 19 2023 19:55:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 21, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra Dianne Pryor | on behalf of Creditor Global Lending Services LLC Chandra.Pryor@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| John P Dillman | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com |

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: May 19, 2023 | Form ID: pdf002 | Total Noticed: 4

Min Gyu Kim
    on behalf of Debtor Courtney Nichole Hernandez mkimtx@jubileebk.net  kimlylawbankruptcy@gmail.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

William E. Heitkamp
    heitkamp@ch13hou.com

TOTAL: 5