United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 23-30398-H5-13 |
| | § | |
| **Courtney Nichole Hernandez,** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 13** |
| | § | |

**Order Approving Chapter 13 Plan Modification and Valuing
Collateral Pursuant to 11 U.S.C. § 506**

1. The Court has considered Debtor's chapter 13 plan modification that was proposed on January 12, 2024 at Docket #79.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined that the plan modification meets all of the requirements of §1329 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan modification or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual proration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. The value of the collateral for secured claims is in the amount set forth in the plan modification.

6. The plan modification is approved.

Signed: March 04, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge