UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 04, 2024
Nathan Ochsner, Clerk

In Re: Courtney Nichole Hernandez
Debtor

Case No.: 23−30398
Chapter: 13

## ORDER RESETTING MOTION TO DISMISS

1. The chapter 13 trustee's motion to dismiss is continued until 4/11/24 at 09:30 AM.

Signed and Entered on Docket: 3/4/24.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 23-30398-jpn
Courtney Nichole Hernandez  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: admin  Page 1 of 2
Date Rcvd: Mar 04, 2024  Form ID: redsmdj  Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney Nichole Hernandez, 10600 S. Gessner #49, Houston, TX 77071-1045 |
| cr | + | John E Kostik, 10600 S Gessner Dr. #28, Houston, TX 77071-1041 |
| intp | + | John Trust, 1000 Ocean Blvd, #5G, Pompano Beach, FL 33062-6611 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Mar 04 2024 20:11:00 | Global Lending Services LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 04 2024 20:11:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

**Name**      **Email Address**

Chandra Dianne Pryor
     on behalf of Creditor Global Lending Services LLC Chandra.Pryor@BonialPC.com Notices.Bonial@ecf.courtdrive.com

| District/off: 0541-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2024 | Form ID: redsmdj | Total Noticed: 5 |

John P Dillman
    on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Min Gyu Kim
    on behalf of Debtor Courtney Nichole Hernandez kimlylawbankruptcy@gmail.com  kimlylawbankruptcy@gmail.com

Tiffany D Castro
    ecf@ch13hou.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 5